AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
David Stasior

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 17-5190-JGD

CHARGING DISTRICTS
CASE NUMBER: 17-7428

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __New York__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

__U.S.D.C., 500 Pearl St., 5th Floor, Pretrial Services Office__ on __10/20/2017 2:00 pm__.
*Date and Time*

*[signed] Judith Gail Dein*
Signature of Judge

| 10/17/2017 | Judith Gail Dein | US Magistrate Judge |
|---|---|---|
| Date | Name of Judge | Title of Judge |